IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-cr-60066-1-HO |
| Plaintiff, | ) ) ) | VERDICT |
| v. | ) ) | |
| STEVEN DWIGHT HAMMOND, | ) ) | |
| Defendant. | ) ) | |

We, the jury, being duly impaneled and sworn in the above-entitled court and cause, do find the defendant, Steven Hammond:

1.     _____ Guilty

       _____ Not Guilty

of conspiracy as charged in count 1 of the superseding indictment.

If you find defendant guilty of count 1 above, do you unanimously agree that one or more of the following was an object of the conspiracy:

1A.    By means of fire(s), intentionally and
       maliciously damage and destroy, or attempt to
       damage and destroy, real or personal property,
       in whole or in part, owned or possessed by, or

leased to, the United States or any department or agency thereof and creating a substantial risk of injury to people in violation of Sections 844(f)(1) and (2) of Title 18 of the United states Code.

\_\_\_\_\_ Yes

\_\_\_\_\_ No

1A(i). If yes, do you unanimously agree that defendant's conduct directly or proximately caused a substantial risk of injury to:

- Chad Rott          \_\_\_\_\_ Yes  \_\_\_\_\_ No
- Lisa Megargee      \_\_\_\_\_ Yes  \_\_\_\_\_ No
- Joe Glascock       \_\_\_\_\_ Yes  \_\_\_\_\_ No
- Lance Okeson       \_\_\_\_\_ Yes  \_\_\_\_\_ No

1B. By use of fire(s), commit a felony which may be prosecuted in a court of the United States, i.e., the willful damage and depredation or attempted damage and depredation in excess of $1,000, against property owned and possessed by the United States or any department or agency thereof in violation of Sections 844(h)(1) and 1361 of Title 18 of the United States Code.

\_\_\_\_\_ Yes

\_\_\_\_\_ No

1C. By means of fire(s), intentionally and maliciously damage and destroy, or attempt to damage and destroy, real or personal property used in interstate commerce or in any activity affecting interstate commerce in violation of Section 844(i) of Title 18 of the United States Code.

\_\_\_\_\_ Yes

\_\_\_\_\_ No

2.      ✓ Guilty

        ___ Not Guilty

   of maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or aiding and abetting such acts, in violation of Section 844(f)(1) of Title 18 of the United States Code as charged in count 2 of the superseding indictment.

3.      ___ Guilty

        ✓ Not Guilty

   of maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or aiding and abetting such acts, in violation of Section 844(f)(1) of Title 18 of the United States Code as charged in count 3 of the superseding indictment.

4.      ___ Guilty

        ✓ Not Guilty

   of use of fire to commit the willful depredation or attempted depredation in excess of $1,000, of property of the United States, or of any department or agency thereof, or aiding and abetting such depredation, in violation of Sections 844(h)(1) and 1361 of Title 18 of the United States Code as charged in count 4 of the superseding indictment.

5.      ✓ Guilty

        ___ Not Guilty

   of maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or aiding and abetting such acts, in violation of Section 844(f)(1) of Title

18 of the United States Code as charged in count 5 of the superseding indictment.

6.  \_\_\_\_ Guilty

    ✓ Not Guilty

    of use of fire to commit the willful depredation or attempted depredation in excess of $1,000, of property of the United States, or of any department or agency thereof, or aiding and abetting such depredation, in violation of Sections 844(h)(1) and 1361 of Title 18 of the United States Code as charged in count 6 of the superseding indictment.

7.  \_\_\_\_ Guilty

    \_\_\_\_ Not Guilty

    of maliciously damaging or destroying, or attempting to damage or destroy, by means of fire or an explosive, personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or aiding and abetting such acts, in violation of Section 844(f)(1) of Title 18 of the United States Code as charged in count 7 of the superseding indictment.

    If you find defendant Steven Hammond guilty of count 7, place an x next to the ignition(s) and/or fires(s) you unanimously agree defendant set or aided abetted setting:

    \_\_\_\_ Ignition 2

    \_\_\_\_ Ignition 3

    \_\_\_\_ Ignition 4

    \_\_\_\_ Ignition 5

    \_\_\_\_ Ignition 6

    \_\_\_\_ Ignition 7

    \_\_\_\_ Ignition 8

    \_\_\_\_ Ignition 9

    \_\_\_\_ Ignition 10

    \_\_\_\_ Trail Fire 1

    \_\_\_\_ Trail Fire 2

    \_\_\_\_ Trail Fire 3

    \_\_\_\_ Trail Fire 4

    \_\_\_\_ Trail Fire 5

    \_\_\_\_ Trail Fire 6

    \_\_\_\_ Trail Fire 7

If you find defendant Steven Hammond guilty of count 7, do you unanimously agree that defendant created a substantial risk of injury to one or more following persons:

- Chad Rott      \_\_\_\_ Yes    \_\_\_\_ No
- Lisa Megargee      \_\_\_\_ Yes    \_\_\_\_ No
- Joe Glascock      \_\_\_\_ Yes    \_\_\_\_ No
- Lance Okeson      \_\_\_\_ Yes    \_\_\_\_ No

8.      \_\_\_\_ Guilty

        \_\_\_\_ Not Guilty

of use of fire to commit the willful depredation or attempted depredation in excess of $1,000, of property of the United States, or of any department or agency thereof, or aiding and abetting such depredation, in violation of Sections 844(h)(1) and 1361 of Title 18 of the United States Code as charged in count 8 of the superseding indictment.

///
///
///
///
///

If you find defendant Steven Hammond guilty of count 8, place an x next to the ignition(s) and/or fires(s) you unanimously agree defendant set or aided abetted setting:

\_\_\_\_ Ignition 2

\_\_\_\_ Ignition 3

\_\_\_\_ Ignition 4

\_\_\_\_ Ignition 5

\_\_\_\_ Ignition 6

\_\_\_\_ Ignition 7

\_\_\_\_ Ignition 8

\_\_\_\_ Ignition 9

\_\_\_\_ Ignition 10

\_\_\_\_ Trail Fire 1

\_\_\_\_ Trail Fire 2

\_\_\_\_ Trail Fire 3

\_\_\_\_ Trail Fire 4

\_\_\_\_ Trail Fire 5

\_\_\_\_ Trail Fire 6

\_\_\_\_ Trail Fire 7

DATED this 6-21-2012 day of June, 2012.

s/ PRESIDING JUROR

Page 6 - V E R D I C T