**KENDRA M. MATTHEWS, OSB No. 965672**
E-mail: kendra@ransomblackman.com
RANSOM BLACKMAN LLP
1400 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon  97204-1144
Telephone:   (503) 228-0487
Facsimile:    (503) 227-5984

Of Attorneys for Defendant Dwight Lincoln Hammond, Jr.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

### Eugene Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | NO. 6:10-CR-60066-2-AA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT DWIGHT** |
| v. | ) | **LINCOLN HAMMOND, JR'S** |
| | ) | **MOTION FOR AN ORDER** |
| **DWIGHT LINCOLN HAMMOND, Jr.,** | ) | **AUTHORIZING HIM TO** |
| | ) | **TRAVEL OUT OF STATE** |
| Defendant. | ) | |
| | ) | |

Defendant Dwight Lincoln Hammond, Jr., by and through his attorneys, Kendra

M. Matthews and Ransom Blackman LLP, moves this Court for an order authorizing his

//

Page 1  -   DEFENDANT DWIGHT LINCOLN HAMMOND JR.'S MOTION FOR
            AN ORDER AUTHORIZING HIM TO TRAVEL OUT OF STATE

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon  97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

travel to California from Tuesday, November 24, 2015, through Saturday, November 28, 2015.

Mr. Hammond's hope and intention is to spend the Thanksgiving holiday with family in California. One of the family members he will be visiting is ailing, and, thus, it is important to the Hammonds that they visit before Mr. Hammond reports to prison.

Per this Court's order in Mr. Hammond's judgment, Mr. Hammond is scheduled to surrender to the Bureau of Prisons on January 4, 2016. Counsel has confirmed that currently, Mr. Hammond is not under the supervision of either the United States Probation Office or the United States Pretrial Services Office. Mr. Hammond has been supervised by both of those offices at various times over the past several years without incident. He previously self-surrendered as ordered. He has always appeared as required at any scheduled court appearance.

On November 20, 2015, counsel for Mr. Hammond was in contact with counsel for the government, Assistant United States Attorney Frank Papagni. Mr. Papagni authorized

//
//
//
//
//
//

Page 2 -   DEFENDANT DWIGHT LINCOLN HAMMOND JR.'S MOTION FOR
            AN ORDER AUTHORIZING HIM TO TRAVEL OUT OF STATE

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon  97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

counsel to advise the Court that the government joins in defendant's motion and requests that the Court grant Mr. Hammond permission to make this trip.

Dated this 23rd day of November, 2015.

        Respectfully submitted,

        RANSOM BLACKMAN LLP

        /s/ *Kendra M. Matthews*
        KENDRA M. MATTHEWS
        OSB No. 965672
        [503] 228-0487
        Of Attorneys for Defendant
        Dwight Lincoln Hammond, Jr.

Page 3 -   DEFENDANT DWIGHT LINCOLN HAMMOND JR.'S MOTION FOR AN ORDER AUTHORIZING HIM TO TRAVEL OUT OF STATE

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT DWIGHT LINCOLN HAMMOND JR.'S MOTION FOR AN ORDER AUTHORIZING HIM TO TRAVEL OUT OF STATE on all participants in this case by notice of electronic filing on the 23rd day of November 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

RANSOM BLACKMAN LLP

/s/ *Kendra M. Matthews*
KENDRA M. MATTHEWS
OSB No. 965672
[503] 228-0487
Of Attorneys for Defendant
Dwight Lincoln Hammond, Jr.

CERTIFICATE OF SERVICE

**RANSOM BLACKMAN** LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon  97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984